EDWARD ABEEL and others, Respondents, *v.* IRA SEYMOUR and others, Appellants.

*Promissory note — authority to indorse — how proved.*

In this action, brought to charge the defendant as the indorser of a promissory note, it appeared that he had been accustomed to assume the liability of indorser on promises on which his name had been written by his son; that he did not deny the validity of the indorsement in the present case until after his son had absconded, but impliedly admitted his liability upon it. *Held*, that these acts, unexplained, established, as against him, the authority of the son to indorse his name upon the note, and that he was liable thereon. (*Bruan* v. *Gengelle*, 3 Esp., 60; *Weed* v. *Carpenter*, 10 Wend., 403; *Butler* v. *Stocking*, 4 Seld., 408; *Prescott* v. *Flinn*, 9 Bing., 19.)

Appeal from a judgment in favor of the plaintiff, entered upon the report of a referee.

*George N. Kennedy,* for appellants.  *Wm. C. Ruger,* for respondents.

Opinion by Gilbert, J.

Present — Mullin, P. J., Smith and Gilbert, JJ.

Judgment affirmed.